UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. CLAUDIA KOCH *dba* ZAZOU, | No. C-05-2966 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| EXOTIC SILKS, INC., *et al.*, | |
| Defendants. _____/ | |

By letter dated November 22, 2005, DEANNE MORGAN SHUTE, owner of Defendant EXOTIC SILKS, thru its counsel Amy Tovar of Munger, Tolles & Olson, requested to be excused from personally appearing at the settlement conference scheduled for November 29, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that DEANNE MORGAN SHUTE be available by telephone from 1:30 p.m. Pacific Time until further notice on November 29, 2005.

If the Court concludes that the absence of DEANNE MORGAN SHUTE is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including DEANNE MORGAN SHUTE.

IT IS SO ORDERED.

Dated: November 23, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge