UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. CLAUDIA KOCH *dba* ZAZOU, | No. C-05-2966 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| EXOTIC SILKS, INC., *et al.*, | |
| Defendants. _____/ | |

By letter dated November 23, 2005, MEGAN E. GRAY of Roylance Abrams Berdo & Goodman, counsel for Plaintiff S. Claudia Koch dba Zazou, requested to be excused from personally appearing at the settlement conference scheduled for November 29, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that MEGAN E. GRAY be available by telephone from 1:30 p.m. Pacific Time until further notice on November 29, 2005.

If the Court concludes that the absence of MEGAN E. GRAY is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including MEGAN E. GRAY.

IT IS SO ORDERED.

Dated: November 28, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge