UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. CLAUDIA KOCH,<br>　　　　Plaintiff,<br>　vs.<br>EXOTIC SILKS, INC.,<br>　　　　Defendant. | No. C05-02966 SBA<br><br>ORDER DISMISSING ACTION |

　　　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

　　　　IT IS SO ORDERED.

DATED: 12/1/05

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　United States District Judge